| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | IN THE |
| | * | **COURT OF APPEALS** |
| | * | **OF MARYLAND** |
| **v.** | * | **Misc. Docket AG No. 23** |
| **JON EDWARD SHIELDS** | * | **September Term, 2021** |

## ORDER

Upon consideration of the Petition for Disciplinary or Remedial Action, filed pursuant to Maryland Rule 19-737(b), with attached certified copy of an Order of the Virginia State Bar Disciplinary Board entered October 22, 2020, whereby the Board revoked the license of Jon Edward Shields to practice law in the Commonwealth of Virginia, and Petitioner's Response to this Court's Show Cause Order dated August 24, 2021, it is this 22nd day of October, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Jon Edward Shields, be and hereby is disbarred from the practice of law in the State of Maryland; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Jon Edward Shields from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Joseph M. Getty
Chief Judge



Suzanne C. Johnson, Clerk